## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                    NO. 4:12CR00203-01 JLH

ANTHONY PERNELL CARTER                                               DEFENDANT

### ORDER

On January 15, 2015, the government filed a motion to revoke supervised release in this matter.  The motion recited that the defendant was in state custody and the Court directed that upon resolution of the state charges a hearing on the motion to revoke would be scheduled.  The Court has now been informed that the state charges have been adjudicated.

IT IS THEREFORE ORDERED that the hearing on the government's Motion to Revoke Supervised Release is hereby scheduled to begin on **WEDNESDAY, MAY 11, 2016, at 9:30 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.  Document #33.

Counsel for the government is directed to ensure the proper writ is submitted to allow the United States Marshals Service to transport the defendant to the hearing.

IT IS SO ORDERED this 20th day of April, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE